UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LIUBOV OSIPYAN et al., | Case No. 2:26-cv-03200-SB-SSC |
| Plaintiffs, | |
| v. | ORDER TO SHOW CAUSE |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES et al., | |
| Defendants. | |

Plaintiffs filed their complaint against Defendants U.S. Citizenship and Immigration Services, Joseph B. Edlow, and USCIS Immigrant Investor Program Office on March 25, 2026.  On April 8 and 13, 2026, Plaintiffs served Defendants. *See* Dkt. No. 19.  Defendant failed to timely respond, and Plaintiffs have not sought entry of default against Defendant.  Plaintiffs are ORDERED TO SHOW CAUSE, in writing, no later than June 26, 2026, why their claims should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before June 26, 2026, of an application for entry of default under Federal Rule of Civil Procedure 55(a).  The filing of such an application shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiffs' claims.

Date: June 17, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1