JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIUBOV OSIPYAN et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES et al.,<br><br>Defendants. | Case No. 2:26-cv-03200-SB-SSC<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order of dismissal entered this date, it is ordered that Plaintiffs Liubov Osipyan and Eva Karakenyan's claims against Defendants are dismissed without prejudice.

This is a final judgment.

Date: September 10, 2026

Stanley Blumenfeld, Jr.
United States District Judge